## United States District Court for the Northern District of Illinois

Case Number: 07cv6581        Assigned/Issued By: LI

Judge Name: Gettleman        Designated Magistrate Judge: Schenkier

### FEE INFORMATION

*Amount Due:*  [✓] $350.00     [ ] $39.00      [ ] $5.00
              [ ] IFP         [ ] No Fee      [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00            Receipt #: 234 9133

Date Payment Rec'd: 11/21/07    Fiscal Clerk: _____

### ISSUANCES

[✓] Summons                            [ ] Alias Summons

[ ] Third Party Summons                [ ] Lis Pendens

[ ] Non Wage Garnishment Summons       [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
                                       (Victim, Against and $ Amount)

[ ] Citation to Discover Assets

[ ] Writ _____
    (Type of Writ)

_1_ Original and _-0-_ copies on _11/21/07_ as to _def_____
                              (Date)

C:\wpwin80\docket\feeinfo.frm    03/14/05