UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SUMMONS IN A CIVIL CASE

TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, THOMAS J. YONKER, and LAWRENCE GROOT, as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, and TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND,

Plaintiffs,

v.

ENO, INC., an Illinois Corporation,

Defendant.

Docket Number:

Assigned Judge:

Designated Magistrate Judge:

# 07 C 6581

JUDGE GETTLEMAN
MAGISTRATE JUDGE SCHENKIER

TO:  ENO, Inc.
c/o William M. Dudley, President & Registered Agent
810 Arlington Heights, Rd. # 1
Itasca, IL 60143

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY:

LaKisha M. Kinsey-Sallis
Dowd, Bloch & Bennett
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603

an answer to the complaint which is herewith served upon you, within **twenty (20)** days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Date

**Michael W. Dobbins, Clerk**

**(By) DEPUTY CLERK**

**November 21, 2007**

Date

In the United States District Court

For the Northern District of Illinois, Eastern Division

CASE NAME.: Terrence J. Hancock, et al. vs. ENO, Inc., an Illinois Corporation

CASE NUMBER: 07C6581

### AFFIDAVIT OF PROCESS SERVER

I, **Bob Brady**, being duly sworn on oath, deposes and states as follows:

1. I am an investigator, process server and an employee of Elite Process Service & Investigations, Inc. with its principal place of business located in Lisle, Illinois 60532. I am authorized to effectuate service of process in the State of Illinois.

2. Elite Process Service & Investigations, Inc. is licensed to do business within the State of Illinois by the Illinois Department of Professional Regulations with an Illinois License No. of 117-001199.

3. I am a citizen of the United States of America and an adult over the age of eighteen (18) and not a party to the within case.

4. I was contracted to serve process in the above captioned case.

5. I personally served the within **Summons in a Civil Case and Complaint** in the above captioned matter on **ENO, Inc. c/o William M. Dudley** at his/her usual place of business located at **810 Arlington Heights Road # 1 , Itasca, IL 60143** by serving his/her authorized agent **Jim Snyder** on **11/29/2007** at **11:35 AM**.
Description: **Sex: Male − Age: 55 − Skin: White − Hair: Gray − Height: 5.8 − Weight: 210**

6. The facts and matters set forth above are based upon my personal knowledge and if called to testify herein, I could do so competently.

FURTHER AFFIANT SAYETH NOT.

X _____
Bob Brady

Subscribed and Sworn to before me on this
_____ day of _____, 20___.

_____ Notary Public