## **CERTIFICATE OF SERVICE**

I, LaKisha M. Kinsey-Sallis, an attorney, hereby certify that I will cause to be served a copy of the attached Notice of Voluntary Dismissal via electronic filing on the parties eligible to receive e-filing and by having copies mailed to the parties not eligible for e-filing on March 3, 2008 before 5:00 p.m., with proper postage prepaid at the addresses indicated.

TO:   ENO, Inc.
      c/o William M. Dudley, President & Registered Agent
      810 Arlington Heights, Rd. # 1
      Itasca, IL 60143

      ENO, Inc.
      c/o Mr. Robert P. Casey, Attorney
      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
      Two First National Plaza
      Twenty-Fifth Floor
      Chicago, IL 60603

                                            /s/ LaKisha M. Kinsey-Sallis
                                            LaKisha M. Kinsey-Sallis
                                            One of Plaintiffs' Attorneys