IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, DEAN H. VANDER BAAN, THOMAS J. YONKER, and LAWRENCE GROOT as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS HEALTH AND WELFARE FUND, <br><br> and <br><br> TERRENCE J. HANCOCK, WILLIAM LOGAN, JOHN LISNER, STEVE VOGRIN, THOMAS YONKER, and BRAD WEBB as Trustees of LOCAL No. 31, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS AND GARAGE ATTENDANTS PENSION FUND, <br><br> Plaintiffs, <br><br> v. <br><br> ENO, INC., an Illinois Corporation, <br><br> Defendant. | Case No. 07 C 6581 <br><br> Judge Robert W. Gettleman <br><br> Magistrate Judge Schenkier |

## NOTICE OF FILING

TO:  ENO, Inc.
     c/o William M. Dudley, President & Registered Agent
     810 Arlington Heights, Rd. # 1
     Itasca, IL 60143

     PLEASE TAKE NOTICE that on **March 3, 2008**, I caused to be filed electronically the attached Notice of Voluntary Dismissal at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois 60604, a copy of which is attached and served upon you.

                                                                       Respectfully submitted,

                                                                      /s/ LaKisha M. Kinsey-Sallis
                                                                      LaKisha M. Kinsey-Sallis
                                                                      One of Plaintiffs' Attorneys

J. Peter Dowd
Michele M. Reynolds
LaKisha M. Kinsey-Sallis
Steven W. Jados
**DOWD, BLOCH & BENNETT**
8 South Michigan Avenue, 19th Floor
Chicago, IL  60603
(312) 372-1361