## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6581 | **DATE** | 3/5/2008 |
| **CASE TITLE** | Terrence J. Hancock, et al    vs    ENO, Inc. | | |

**DOCKET ENTRY TEXT:**

This action is voluntarily dismissed under Fed. R. Civ. P. 41(a)(1)(I), with prejudice..

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|